UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JAY SCHWANDER, ET AL.                                         CIVIL ACTION

VERSUS                                                        NO: 06-8239

ORLEANS SHEET METAL                                           SECTION: "K"(5)
WORKS AND ROOFING, INC. ET AL.

## ORDER

     L.R. 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed **and** a copy be delivered to chambers eight days prior to the date set for hearing of the motion.  No memorandum in opposition to the Motion to Remand (Rec.Doc.No. 6) set for hearing on March 7, 2007, has been timely submitted.

     Accordingly, this motion is deemed to be unopposed, and thus,

**IT IS ORDERED** that the motion is **GRANTED** and the case is **REMANDED**.

New Orleans, Louisiana, on this  8th   day of March, 2007.

                                                       **STANWOOD R. DUVAL, JR.**
                                         **UNITED STATES DISTRICT COURT JUDGE**